WILLIAM McGURKIAN, Respondent, *v.* THOMAS J. BUCKLEY CON-
STRUCTION COMPANY, Appellant.

Appeal from a judgment of the Supreme Court, entered in the New
York county clerk's office on the 8th day of November, 1912, upon a
verdict, and also from an order entered on the 4th day of November, 1912,
denying a motion for a new trial.

PER CURIAM: It is entirely clear from the evidence in this case that
the jury were not justified in finding that the defendant was negligent or
that the plaintiff was free from contributory negligence. The judgment
and order appealed from must, therefore, be reversed, with costs, and the
complaint dismissed. Present — Ingraham, P. J., McLaughlin, Laughlin,
Clarke and Scott, JJ. Judgment and order reversed, with costs, and
complaint dismissed. Order to be settled on notice.

---

WILLIAM J. BRYAN, Respondent, *v.* RICHARD DEEVES & SON, Appellant.

Appeal from a judgment of the Supreme Court, entered in the New
York county clerk's office on the 16th day of March, 1914, on the verdict
of a jury, and also from an order entered on the same day denying a
motion for a new trial.

PER CURIAM: The verdict of the jury, in so far as it found that there
had been any removal of the plank, was against the weight of evidence.
The judgment and order appealed from are, therefore, reversed and a new
trial ordered, with costs to the appellant to abide the event. Present —
Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ. Judg-
ment and order reversed, new trial ordered, costs to appellant to abide
event. Order to be settled on notice.